

Dated: June 22, 2015

The following is ORDERED:

Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EZELL MORRIS | ) | |
| BETTY DELORIS MORRIS | ) | Case No. 15-10181 |
| | ) | Chapter 13 |
| Debtors. | ) | |

**AGREED ORDER GRANTING DEBTORS' AMENDED OBJECTION TO CLAIM OF PENNYMAC HOLDINGS, LLC F/K/A PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC BY PENNYMAC LOAN SERVICES, LLC, IT'S <u>SERVING AGENT'S PROOF OF CLAIM</u>**

Coming on for consideration is the Debtors, Ezell Morris and Betty Deloris Morris ("Debtors") Amended Objection to PennyMac Holdings, LLC f/k/a PennyMac Mortgage Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its servicing agent's proof of claim ("Amended Objection") filed herein on May 14, 2015 [Doc. #46]. The Amended Objection was duly served on all parties in interest pursuant to Local Rule 9007 as set forth on the Certificate of Service attached to the Debtors' Amended Objection on May 14, 2015, and the

1

last date to file an Objection, May 28, 2015 has passed with no objections thereto being filed and served other than Creditor, PennyMac Holdings, LLC, f/k/a PennyMac Mortgage Investment Trust Holdings I, LLC, by PennyMac Loan Services, LLC, its servicing agent ("PennyMac") Response to Debtors' Amended Objection to Claim ("Response") filed herein on May 29, 2015. All findings of fact and conclusions of law are based upon representation of counsel.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, by the Court that:

1. Debtors' Amended Objection is hereby sustained and PennyMac's secured claim is valued at $45,000.00;

2. The balance of PennyMac's claim in the amount of $71,385.02, which including its arrears claim shall be an unsecured non-priority claim and PennyMac will be paid its percentage of distribution to unsecured non-priority claims;

3. No other payments shall be made on PennyMac's arrears claim other than as a part of its unsecured non-priority claim; and

4. The modification of PennyMac's secured claim shall not survive dismissal of this Chapter 13 case or conversion of this Chapter 13 case to a Chapter 7 case.

# # #

APPROVED FOR ENTRY:


s/Bruce F. Klein
Bruce F. Klein, OBA #11389
BRUCE F. KLEIN, PLLC
222 N.W. 13th Street
Oklahoma City, OK  73103
bruce@bfkleinlaw.com
Telephone: (405) 606-4448
Facsimile: (405) 523-2108

2

s/Michael J. George
Brian J. Rayment, OBA #7441
Michael J. George, OBA #22570
Julie Hird Thomas, OBA #10660
Lauren Smith, OBA #30730
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, OK  74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
mgeorge@kivell.com