

Dated: August 4, 2015

The following is ORDERED:

Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| EZELL MORRIS ) | |
| BETTY DELORIS MORRIS ) | Case No. 15-10181 |
| ) | Chapter 13 |
| Debtors. ) | |

**AGREED ORDER GRANTING DEBTORS' SECOND AMENDED MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO SECTION 363(f) AS TO 304 N.W. 81ST STREET, OKLAHOMA CITY, OKLAHOMA**

Coming on for consideration before this Court is Debtors, Ezell Morris and Betty Deloris Morris ("Debtors") Second Amended Motion to Sell Property Free and Clear of Liens Pursuant to Section 363(f) as to 304 N.W. 81st Street, Oklahoma City, Oklahoma ("Second Amended Motion") [Doc: 65] filed herein on June 26, 2015. The Second Amended Motion and Notice of Motion to Sell Property Free and Clear of Liens Pursuant to Section 363(f) ("Notice") was duly served on all parties in interest pursuant to Local Rule 6004-(B)(2) as set forth on the Certificate of Service attached to Debtors' Second Amended Motion and Notice on June 26, 2015. On July

1

8, 2015, Trustee filed his Response to Motion to Sell Property [Doc: 66]. The last date to file an Objection, July 17, 2015, has passed with no other objections being filed and served. It appearing that it is for the benefit of the estate that the Debtors' real property located at 304 N.W. 81st Street, Oklahoma City, Oklahoma ("N.W. 81st Property"), more particularly described as follows:

> Lots Three (3) and Four (4), of Block Twenty-six (26), in North Highland Addition, to Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof,

should be sold free and clear of liens to Complete Home Rentals for the amount of $33,950.00. The Trustee has no objection to the proposed sale of the N.W. 81st Property. The Debtors are authorized to execute any and all contracts and documents required for the sale of the N.W. 81st Property. The sales proceeds above the amount required to satisfy the mortgage obligation to OCWEN referenced in the Second Amended Motion shall be paid directly to the Trustee for the benefit of priority and non-priority unsecured creditors. The Trustee shall be provided with a copy of the final settlement statements and the excess proceeds shall be mailed directly by the closing company to the Trustee at his Memphis payment address. Currently, Debtors do not have an executed sale contract for the real property located at 236 N.W. 80th Street, Oklahoma City, Oklahoma ("N.W. 80th Property") at this time. Debtors and Trustee agree upon Debtors obtaining an executed sale contract for the N.W. 80th Property, this Court shall enter an Order allowing the sale of the N.W. 80th Property free and clear of liens. All findings of fact and conclusions of law are based upon representation of counsel.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, by the Court that Debtors' Second Amended Motion to Sell Property Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) as to the N.W. 81st Property is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, by the Court that Debtors are authorized to execute any and all contracts and documents required for the sale of the N.W. 81st Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, by the Court that the Court retains jurisdiction to enter an Order allowing Debtors' N.W. 80th Property to be sold free and clear of liens at the time Debtors' obtain a sale contract on the N.W. 80th Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, by the Court that the sale proceeds above the amount required to satisfy the mortgage obligation of OCWEN shall be paid directly to the Trustee for the benefit of priority and non-priority unsecured creditors.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, by the Court the Trustee shall be provided with a copy of the final settlement statement and the excess proceeds shall be mailed directly by the closing company to the Trustee at the following payment address: John Hardeman, Trustee, P.O. Box 613309, Memphis, TN  38101-3309.  The check covering the excess proceeds shall be made payable to John Hardeman, Trustee, and shall have the notation "Morris – 15-10181" on the face of the check.

# # #

APPROVED FOR ENTRY:

s/Bruce F. Klein
Bruce F. Klein, OBA #11389
BRUCE F. KLEIN, PLLC
222 N.W. 13th Street
Oklahoma City, OK  73103
bruce@bfkleinlaw.com
Telephone: (405) 606-4448
Facsimile: (405) 523-2108

s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Trustee
321 Dean A. McGee
P.O. Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
Telephone: (405) 236-4843
Facsimile: (405) 236-1004